IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| GREGORY C. KRUG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 1:08-0048 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| JONATHAN R. HAHN, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On May 13, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 30), to which the *pro se* plaintiff has filed an "Opposition" (Docket No. 32).

The Report and Recommendation recommends that the *pro se* plaintiff's Motion to change the venue of this civil case against a United States probation officer to either the Eastern or Western District of Tennessee (Docket No. 28) be denied. The plaintiff's "Opposition" asserts that his motion should be granted because the defendant is "an integral part of the Middle District, and the probability that any of its judges could objectively evaluate a dispute between him and any other person . . . is approximately zero." (Docket No. 32 at 2) The plaintiff may not be aware of the fact that the judges of this district must judge the credibility of probation officers in this district and evaluate the merit of their recommendations to the court on a daily basis. To presume that the judges in this district "rubber-stamp" or routinely accept the positions of probation officers in this district is wrong-headed and false. This court can be fair and just in ruling upon this case, as it has many times demonstrated to this particular plaintiff.

1

The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein and herein, the plaintiff's Motion requesting a change of venue (Docket No. 28) is **DENIED**. The plaintiff's request contained within his "Opposition" to have until June 9, 2009 in which to supplement his "Opposition" with legal authority (Docket No. 32 at 2-3) is **DENIED** as futile.

It is so **ORDERED.**

ENTER this 3rd day of June 2009.

						_____
						ALETA A. TRAUGER
						U.S. District Judge