UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **GREGORY C. KRUG** ] | |
|     **Plaintiff,** ] | |
| ] | |
| **v.** ] | **No. 1:08-0048** |
| ] | **Judge Trauger** |
| **JONATHAN R. HAHN** ] | |
|     **Defendant.** ] | |

## O R D E R

The Court has before it defendant's Motion to Dismiss (Docket Entry No. 13), a Report and Recommendation (Docket Entry No. 41) from the Magistrate Judge recommending that the Motion be granted, plaintiff's timely Objections (Docket Entry No. 45) to the Report and Recommendation, and the defendant's Response (Docket Entry No. 46) to the plaintiff's Objections.

In accordance with the Memorandum contemporaneously entered, the Court has reviewed these pleadings and the record *de novo* and finds that the plaintiff's Objections lack merit. Therefore, the plaintiff's Objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects. For the reasons expressed therein and herein, the defendant's Motion to Dismiss is GRANTED and this action is hereby DISMISSED.

It is so ORDERED.

                                                                        Aleta A. Trauger
                                                                       United States District Judge